**PRITCHARD**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | M-13-2251-M |
| Plaintiff, | ) | CR. NO. 11-20127 |
| vs. | ) | 21 U.S.C. § 846 |
| JUAN GARZA, | ) | United States District Court |
| GUILLERMO RODRIGUEZ, | ) | Southern District of Texas |
| ALFREDO BAUTISTA, | ) | FILED |
| KIP DALKE, and | ) | DEC 2 6 2013 |
| JESUS PADILLA, | ) | |
| Defendants. | ) | , Clerk of Court |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

Beginning at a time unknown to the grand jury, but at least from in or about December 2009, and continuing until on or about December 20, 2009, in the Western District of Tennessee, the defendants,

----------JUAN GARZA,----------
----------GUILLERMO RODRIGUEZ,----------
----------ALFREDO BAUTISTA,----------
----------KIP DALKE,----------
----------and----------
----------JESUS PADILLA----------

did unlawfully, knowingly and intentionally conspire, combine, confederate and agree with each other, and with other persons both known and unknown to the Grand Jury, to possess with the intent to distribute at least 100 kilograms of a mixture and substance containing a detectable amount of marijuana, a controlled substance as classified by Title 21, United States Code, Section 812, as a Schedule I controlled substance, in violation of Title 21, United States Code, Section 846.

[nlt 5 yrs, nmt 40 yrs, plus $2,000,000 fine, plus 4 yrs. supervised release (or, after a prior drug felony conviction, nlt 20 yrs, nmt life, plus $4,000,000 fine, plus 8 yrs. supervised release), together with a mandatory special assessment of $100, see 18 U.S.C. Section 3013(a).]

**A TRUE BILL:**

_____
**FOREPERSON**

**DATED:**_____

_____
**EDWARD L. STANTON, III**
**UNITED STATES ATTORNEY**

2